UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMELIA L. BUTLER, | CASE NO. C16-1184RSM |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR RECONSIDERATION |
| NEW HORIZONS COMPUTER LEARNING CENTERS-GREAT LAKES, *et al.*, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Motions for Reconsideration, asking the Court to reconsider its prior Order dismissing her case for failing to properly serve Defendants and reopen her case. Dkts. #54 and #55. "Motions for reconsideration are disfavored." LCR 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). In this case, Ms. Butler presents no persuasive argument that this Court committed manifest error in its prior Order, nor any new facts or legal authority which could not have been brought to the Court's attention earlier without reasonable diligence. For these reasons, her motion for reconsideration is DENIED.

ORDER
PAGE - 1

DATED this 9 day of May, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2