# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

AMELIA L. BUTLER,

    Plaintiff,

v.

NEW HORIZONS COMPUTER LEARNING CENTERS-GREAT LAKES, *et al.*,

    Defendants.

CASE NO. C16-1184RSM

MINUTE ORDER STRIKING MOTION TO RELAY TRANSCRIPTS

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On April 27, 2017, this Court granted Defendants' Motion to Dismiss and closed this case. Dkt. #53. The Court subsequently denied Plaintiff's Motions to Reconsider. Dkt. #56. On May 18, 2017, Plaintiff filed her Notice of Appeal. Dkt. #57. At the same time, she filed a motion asking the Court to Order the Clerk to transmit transcripts to the Ninth Circuit Court of Appeals. Dkt. #58.

The Court STRIKES Plaintiff's motion (Dkt. #58) AS MOOT. No hearings were held in this action, and therefore there are no transcripts to transmit to the Court of Appeals. Moreover, through the normal Court of Appeals processes, Plaintiff will have the opportunity

MINUTE ORDER
PAGE - 1

to submit the Order from which she appeals, along with other parts of the record she believes are relevant to her appeal.[1]

DATED this 19th day of May 2017.

                                              WILLIAM McCOOL, Clerk

                                              By:    /s/ Rhonda Stiles
                                                          Deputy Clerk

---

[1] In addition, the Court of Appeals itself may have direct access to this Court's electronic docket and documents in this matter if it believes such access is necessary.

MINUTE ORDER
PAGE - 2