UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| AMELIA L. BUTLER, | CASE NO. C16-1184RSM |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR RECONSIDERATION |
| NEW HORIZONS COMPUTER LEARNING CENTERS-GREAT LAKES, *et al.*, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiff's Notice of Emergency Motion. Dkt. #65. Although filed as a Notice, Ms. Butler appears to be seeking the reconsideration of this Court's Order revoking her *In Forma Pauperis* ("IFP") status on appeal. *See id.* and Dkt. #62. Accordingly, the Court construes Ms. Butler's filing as a Motion for Reconsideration.[1]

"Motions for reconsideration are disfavored." LCR 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). In this case, Ms. Butler presents no persuasive argument

---

[1] To the extent that Ms. Butler also makes a motion for an immediate investigation into two Ninth Circuit clerks who allegedly improperly acted as appeals judges, the Court notes that there appears to be no basis for such a motion, and this Court lacks any authority to direct such an investigation in any event. *See* Dkt. #65. To the extent that Plaintiff is attempting to appeal a Clerk's Order issued by the Ninth Circuit Court of Appeals after this Court revoked her IFP status, that motion must be filed with the Ninth Circuit. *See* Dkt. #65, Ex. 1.

ORDER
PAGE - 1

that this Court committed manifest error in its prior Order, nor any new facts or legal authority which could not have been brought to the Court's attention earlier without reasonable diligence. For these reasons, her motion for reconsideration (Dkt. #65) is DENIED.

DATED this 5th day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE